IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANIEL RAY GARCIA, Institutional ID No. 101883, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL COUNTY JAIL, *et al.*, <br><br> Defendants. | 2:24-CV-117-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 4) and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("Motion") (ECF No. 5). Plaintiff filed objections (ECF No. 6) on June 11, 2024. But he does not demonstrate that he is under imminent danger of physical injury that warrants further consideration of his complaint or the Motion. *See* ECF No. 4 at 3 (imminent danger test). After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR be **ADOPTED** and this case hereby **DISMISSED** as three-strikes barred.

It is **FURTHER ORDERED** that Plaintiff's Motion is **DENIED** on the three-strikes-barred rule. *See id.* at 2–4 (three-strikes analysis).

**SO ORDERED**.

June 28, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE